UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LE-MARR S. TALLEY,            )
        Plaintiff             )
                              )
             v.               )   C.A. NO. 12-CV-30138-MAP
                              )
BERKSHIRE COUNTY HOUSE        )
OF CORRECTION,                )
        Defendant             )


MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION RE:
DEFENDANT'S MOTION TO DISMISS
(Dkt. Nos. 17 & 24)

September 11, 2013

PONSOR, U.S.D.J.

   This is an action brought by Plaintiff, pro se, against the Berkshire County House of Correction for various alleged violations of Plaintiff's rights.  Defendant filed a Motion to Dismiss on March 27, 2013 (Dkt. No. 17), which was referred to Magistrate Judge Kenneth P. Neiman for a report and recommendation.

   On August 16, 2013, Judge Neiman issued his Report and Recommendation to the effect that Defendant's motion should be allowed (Dkt. No. 24).  Judge Neiman found that the complaint "fails to allege even the most basic facts which would put Defendant on notice as to his specific claims." Id. at 7.  Plaintiff filed a timely objection to the Report and Recommendation (Dkt. No. 25).

Following a <u>de novo</u> review of the Motion to Dismiss, the opposition, the Report and Recommendation, and the objection, the court will adopt Judge Neiman's Report and Recommendation.  Defendant's Motion to Dismiss will therefore be allowed.  As Judge Neiman points out, the six-count complaint does not identify any particular employees of Defendant who allegedly committed various acts that violated Plaintiff's rights; nor does the complaint indicate when these acts occurred.  More importantly, the allegations themselves are no more than "vague and conclusory allegations."  (Dkt. No. 24 at 8).  The supplementary grievances included as part of Plaintiff's pleading are somewhat more specific, but appear not to apply to Plaintiff himself, but to others.

Finally, in addition to its factual defects, the complaint suffers from a fatal legal flaw, since Defendant clearly enjoys Eleventh Amendment immunity against Plaintiff's claims.  Plaintiff's objections to the Report and Recommendation do not adequately address the many problems the Report and Recommendation identifies.

For the foregoing reasons, as noted, upon <u>de novo</u> review, the Report and Recommendation (Dkt. No. 24) is hereby ADOPTED.  Defendant's Motion to Dismiss (Dkt. No. 17) is hereby ALLOWED.  This case may now be closed.

It is So Ordered.

                                                <u>/s/ Michael A. Ponsor</u>
                                                MICHAEL A. PONSOR
                                                U. S. District Judge