# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LE - MARR S. TALLEY,<br>　　　Plaintiffs<br><br>　　　v.<br><br>BERKSHIRE COUNTY HOUSE OF<br>CORRECTION,<br>　　　Defendants | )<br>)<br>)　CIVIL ACTION<br>)　NO. 3:12-cv-30138-MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Berkshire County House of Correction, against the plaintiffs Le - Marr S. Talley, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　ACTING CLERK OF COURT

Dated: September 11, 2013　　　　/s/ Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
　　　　[jgm.]